July 7 2014

3:14CV801-J-32JBT

Dear Clerks Office;

My nephew DEMETRUIS ALLEN # T37442 in Cell 1114 is an inmate at FLORIDA STATE PRISON in Raiford Florida.

He is an inmate and is serving his time too but he has asked me and asked if I would write to you and ask that you make a RESSTRAINING ORDER AGAINST two guards at the prison who he says they are constanly harrassing him and making threats to him as well and messing with his daily mail as well.

He has said the officers are OFFICER ROBERT STEPHENSON, and as well as OFFICER DANIEL CLEVLAND.
There was another one but he was moved to the other side of the prison and so he doesn't get harrassed by that officer anymore.

I know my nephew did wrong and should be in prison for his crime but does it give the right for these two guards to harrasss my nephew as well. He is getting his punishment already but why should he be harrassed and made fun of by these two guards as well?

I tried calling the DOC SECRETARY and she gave me a phone number to call of THE INSPECTOR GENERAL at $ 850-488-9265   but when I called the number is a recording that the number is no longer in service. I tried calling the DOC again but they refuse to hear my compalint.
What else can I do and who else can I call to report this harrassment.

I am a law abiding citizen who has never been in trouble before and it stresses me out when I hear of guards who are messing around withh inmates who cannot take care of themselves or they will be treated worse then before and hurt while being handcuffed.

Please look into this  and see if you can do something about it.

My nephew asked me to call GOV RICK SCOTT but I am sure he has other things to do then look into this so can you help me at all?

I am sincerly grateful for what you can do for us..

Sincerly

*[signature: Stanley Johnson]*

Stanley Johnson
11857 V.C. Johnson Rd
Jax. Fla 32218
904-765-0433

*[stamp: RECEIVED 2014 JUL -9 PM 1:07 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA]*